In the Matter of the Accounting of JACOB WENNER, as Executor of ELLEN SCHMIDT, Deceased, Appellant.

MARY DISENROTH et al., Respondents.

*Matter of Wenner*, 125 App. Div. 358, affirmed.
(Submitted November 23, 1908; decided December 8, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 26, 1908, which affirmed a decree of the Greene County Surrogate's Court judicially settling the accounts of Jacob Wenner, as executor of Ellen Schmidt, deceased.

*George M. Palmer* and *John H. Dugan* for appellant.

*Frank H. Osborn* and *Edward A. Gifford* for respondents.

Order affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: CULLEN, Ch. J.; GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.

---

CHARLES HART, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Hart* v. *City of New York*, 121 App. Div. 918, 921, affirmed.
(Argued November 23, 1908; decided December 8, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 18, 1907, which modified and affirmed as modified a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on contract.

*Jesse W. Johnson* for appellant.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.